DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| | | | |
|---|---|---|---|
| 373P12 | Jason B. Lamb and Andrea Lamb v. D.S. Duggins Welding, Inc., and Mabe Steel, Inc. | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-129) | Denied |
| 388P12 | State v. Omsar Rivera and Jose Maureco Canales | 1. Def's (Rivera) NOA Based Upon a Constitutional Question (COA11-1209)<br><br>2. Def's (Rivera) PDR under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 390P11-2 | Beroth Oil Company, Paula and Kenneth Smith, Barbara Clapp, Pamela Moore Crockett, W.R. Moore, N&G Properties, Inc., and Elton V. Koonce v. North Carolina Department of Transportation | 1. Plt's NOA based Upon a Constitutional Question (COA11-1012)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Def's Motion to Dismiss Appeal | 1. - - -<br><br>2. Allowed<br><br>3. Allowed |
| 394P12-2 | State v. Joseph Brian Tarleton | 1. Def's *Pro Se*e Motion for Judicial Notice (COA12-916)<br><br>2. Def's *Pro Se* Motion for Injunctive Relief | 1. Dismissed<br><br>2. Dismissed |
| 396P12-3 | State v. Jason Alan Laws | 1. Def's *Pro Se* Motion for *Mandamus*<br><br>2. Def's *Pro Se* Motion for *Mandamus* | 1. Denied<br><br>2. Denied |
| 397P12 | James D. Creed v. Brett A. Smith and Carolyn Jeanette Wyatt | Unnamed Defs' (Liberty Mutual Insurance Company and Integon National Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA11-1469) | Denied |